# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv271

| | |
|---|---|
| **CATHERINE ANN WEBB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **STARBUCKS CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a document captioned as plaintiff's Motion for Extension of Time to Complete Discovery and Mediation, which was not filed, but submitted directly to chambers through CyberClerk. Counsel for plaintiff is advised that Local Civil Rule 5.2.1 requires that motions be filed electronically with the Clerk of this court. Having considered plaintiff's submission, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Extension of Time to Complete Discovery and Mediation, received through CyberClerk, is **DENIED** as it has not been filed.

Signed: April 25, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge