# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:07cv271

| | | |
|---|---|---|
| CATHERINE ANNE WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STARBUCKS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Strike [Doc. 41], filed September 29, 2008.

The Plaintiff filed a Response to the Motion for Summary Judgment [Doc. 29] that does not comply with the rules of this Court. Plaintiff's counsel, realizing his error has filed with the Court a replacement Response [Doc. 42] and now seeks for the Court to strike the original erroneous response. For the reasons stated in the motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc. 29], filed on September

25, 2008 is hereby stricken from the record and the Plaintiff's revised Response [Doc. 42] is accepted in its place and stead. The Exhibits filed contemporaneously with the original Response [Docs. 30 through 40] are not stricken and are hereby accepted as exhibits to the replacement Response [Doc. 42].

Signed: October 1, 2008

Martin Reidinger
United States District Judge